158 A.3d 573

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. DAVID TILLMAN, DEFENDANT-PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005934–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.